[No. 4246.   Decided June 21, 1902.]

JAMES J. GRAHAM *et ux.*, *Respondents*, v. AMERICAN SURETY COM-
PANY OF NEW YORK, *Appellant*.

Appeal from Superior Court, Spokane County.—Hon. LEANDER
H. PRATHER, Judge.   Appeal dismissed.

*Voorhees & Voorhees* and *Danson & Huneke*, for appellant.

*Frank T. Post* and *Mark F. Mendenhall*, for respondent.

PER CURIAM.—The respondents move to dismiss this appeal
for the reason that the alleged appeal and supersedeas bond
does not render the appeal effectual in that the penalty of said
bond, which purports to be both an appeal and a supersedeas
bond, is not double the amount of the money judgment appealed
from and $200 additional, as required by law.   This being true
as shown by the record, under the rule announced by this court
in *Pierce v. Willeby*, 20 Wash. 129 (59 Pac. 999), *Town of Sum-
ner v. Rogers*, 21 Wash. 361 (58 Pac. 214), and *Galloway v.
Tjossem*, 22 Wash. 103 (60 Pac. 129), the motion will be sustained
and the appeal dismissed.